Louis D. Goodman, appellee, v. Fred Parker and Harry S. Parker, Sr., appellants. Gen. No. 38,807.

Opinion filed March 24, 1937. Rehearing denied April 12, 1937.

Richard Hill, Jr., and Winston, Strawn & Shaw, for appellants; Soelke, Koehn & Loewy, George B. Christensen and George W. Ott, of counsel. Martin M. Gross and Earl J. Walker, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Brainerd Auto Sales, Inc., appellant, v. Studebaker Sales Company of Chicago, appellee. Gen. No. 38,824.

Opinion filed March 24, 1937.

Harry A. Carlson, for appellant. Isaac B. Lipson, for appellee; Philip E. Golde, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Hedwig Kristensen, appellee, v. Antoni Balczeniuk et al., on appeal of Antoni Balczeniuk and Rachela Balczeniuk, appellants. Gen. No. 38,835.

Opinion filed March 24, 1937.

Mitchell Kilanowski, for appellants. C. C. H. Zillman, for appellee.

Mr. Justice Hall delivered the opinion of the court.